JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 851 -- In re Revco/Anac Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/05/22 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS -- filed by Salomon Brothers, Inc., for transfer of certain actions (A-1 thru A-3) -- w/exhibits A thru K and cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: N.D. Ohio (ds) |
| 90/05/23 | 2 | REQUEST FOR EXPEDITED HEARING -- filed by Salomon Brothers, Inc. w/svc. (ds) |
| 90/06/04 | | APPEARANCES -- MERRILL G. DAVIDOFF, ESQ. for Arsam; MARK B. SCOTT, ESQ. for M. Larry Lawrence; ROY L. SHULTS, ESQ. for Leonard Friedman, et al.; HERBERT M. WACHTELL, ESQ. for Salomon Brothers, Inc.; BART TIMOTHY SCHECTMAN, ESQ. for Nathaniel de Rothschild; CHARLES R. MCELWEE, II, ESQ. for R. Caroll Hudson and Wilbur Smith; ADRIENNE C. LALAK, ESQ. for Glenn Golenberg and Golenberg & Co.; JEFFREY G. HEUER, ESQ. for William B. Edwards; DANIEL A. POLLACK, ESQ. for Robert P. Meisel (ds) |
| 90/06/11 | 3 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PLDG. #1 -- filed by pltf. Arsam Company -- EXTENSION GRANTED TO AND INCLUDING JUNE 18, 1990 -- Notified invovled counsel (ds) |
| 90/06/11 | 4 | RESPONSE/MEMORANDUM (to pldg. #1) -- pltf. M. Larry Lawrence w/Exhibits A thru D and Declaration of M. Lary Lawrence and cert. of svc. (ds) |
| 90/06/11 | 5 | RESPONSE (to pldg. #1) -- pltfs. Leonard and Robert Friedman w/Exhibit A and cert. of svc. (ds) |
| 90/06/11 | 6 | SUPPLEMENTAL RESPONSE (to pldg. 5) -- pltfs. Leonard and Robert Friedman w/cert. of svc. (ds) |
| 90/06/13 | 7 | RESPONSE (to pldg. #1) -- deft. Nathaniel de Rothschild w/cert. of svc. (ds) |
| 90/06/13 | 8 | RESPONSE (to pldg. #1) -- defts. R. Carroll Hudson and Wilbur Smith -- w/cert. of service (cds) |
| 90/06/18 | 9 | RESPONSE/MEMORANDUM to pldg. #1) -- pltf. Arsam Company w/cert. of svc. (ds) |
| 90/06/18 | | HEARING ORDER -- setting motion of defendant Salomon Brothers Inc., for transfer for Panel hearing on July 27, 1990 in St. Paul, Minnesota (sg) |

JPML FORM 1A

p. 2

851

| Date | No. | Description |
|---|---|---|
| 90/06/25 | 10 | REPLY MEMORANDUM (to pldg. #1) -- deft. Salomon Brothers, Inc. w/Affidavits of Hern and Canellos, exhibits A thru F and cert. of svc. (ds) |
| 90/07/13 | 11 | LETTER -- (Supplemental information) Salomon Brothers, Inc. -- w/cert. of svc. (rh) |
| 90/07/25 | 12 | LETTER -- Signed by Wendy J. Gibson counsel for Revco D.S., Inc. -- w/cert. of svc. (rh) |
| 90/07/27 | | HEARING APPREARANCES FOR 7/27/90 HEARING, ST. PAUL, MINNESOTA -- WILLIAM C. STERLING, ESQ. for Salomon Brothers, Inc.; MERRILL G. DAVIDOFF, ESQ. for ARSAM Company; TIMOTHY SCHECTMAN, ESQ. for Mr. Nathaniel de Rothschild; MARK B. SCOTT, ESQ. for M. Larry Lawrence; ROY L. SHULTS, ESQ. for Leonard Friedman, et al. (sg) |
| 90/07/27 | | WAIVERS OF ORAL ARGUMENT FOR 7/27/90 HEARING -- Glenn Golenberg; Golenberg & Co.; R. Carroll Hudson, Wilbur Smith; William B. Edwards (sg) |
| 90/07/27 | 13 | INTERESTED PARTY RESPONSE -- (To pldg. #1) Warren Foss -- w/cert. of svc. (received 7/27/90) (rh) |
| 90/09/07 | | CONSENT OF TRRANSFEREE COURT -- For transfer of litigation to the Northern District of Ohio to the Hon. Ann Aldrich for pretrial proceedings (rh) |
| 90/09/07 | | TRANSFER ORDER -- Transferring A-3 to the Northern District of Ohio pursuant to 28 U.S.C. §1407 (A-2 (S.D. CAL.) WAS DENIED) -- Notified involved judges, clerks, Panel judges, counsel and misc. recipients (rh) |
| 92/08/13 | 14 | SUGGESTION OF REMAND -- IN (A-3) LEONARD FRIEDMAN, ET AL. V. SALOMON BROTHERS, INC., ETC., N.D. OHIO, C.A. NO. 1:90-CV-1909 (C.D. CALIFORNIA, C.A. NO. 89-7450) SIGNED BY JUDGE ANN ALDRIDGE AND DATED MAY 12, 1991 (NG) |
| 92/08/13 | | CONDITIONAL REMAND ORDER FILED TODAY -- (A-3) LEONARD FRIEDMAN, ET AL. V. SALOMON BROTHERS, INC., ETC., N.D. OHIO, C.A. NO. 1:90-CV-1909 (C.D. CALIFORNIA, C.A. NO. 89-7450) -- NOTIFIED INVOLVED COUNSEL AND JUDGES (NG) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __851__ -- _____

| Date | Pldg. No. | Pleading Description |
|---|---|---|
| 92/08/31 | | ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER -- (A-3) Leonard Friedman, et al. v. Salomon Brothers, Inc., N.D. Ohio C.A. No. 1:90-CV-1909 (C.D. California, C.A. No. 89-7450-LEW (Gx) -- NOTIFIED INVOLVED COUNSEL, JUDGES AND CLERKS (NNG) |

JPML FORM 1A

JPML Form 1

Revised: 8/78

DOCKET NO. 851 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE REVCO/ANAC SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 27, 1990 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | September 7, 1990 | TO | Unpublished | N.D. Ohio | Hon. Ann Aldrich | |

Special Transferee Information

DATE CLOSED: 3/26/93

JPML FORM 1

LISTING OF INVOLVED ACTIONS

N.D. Ohio
HON. ANN ALDRICH

DOCKET NO. 851 -- In re Revco/Anac Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Arsam v. Salomon Brothers, Inc., et al. | Ohio, N. Aldrich | 1:89-CV-0593 | | | 3/26/93 D | |
| A-2 | M. Larry Lawrence v. Salomon Brothers, Inc. | Cal., S. Turrentine | 89-1654-T | | | | DENIED 9/7/90 |
| A-3 | Leonard Friedman, et al. v. Salomon Brothers, Inc., etc. | Cal., C. Waters | 89-7450 LEW (Gx) | 9/7/90 | 90CV1929 | 8/31/92 R | |

July 1992 - Same sep. remand/1 pending
Sept. 1994 - 1 dismissed/lit. closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 851 -- In re Revco/Anac Securities Litigation

---

ARSAM (A-1)
Merrill G. Davidoff, Esq.
Berger & Montague
1622 Locust Street
Philadelphia, PA  19103

M. LARRY LAWRENCE (A-2)
Mark B. Scott, Esq.
30 El Portal, Suite 100
Sausalito, CA  94965

LEONARD FRIEDMAN, ET AL. (A-3)
Roy L. Shults, Esq.
Mitchell, Silberberg & Knupp
11377 West Olympic Blvd.
Los Angeles, CA  90064

SALOMON BROTHERS, INC.
Herbert M. Wachtell, Esq.
Wachtell, Lipton, Rosen & Katz
299 Park Avenue
New York, N.Y.  10171

NATHANIEL de ROTHSCHILD
Bart Timothy Schectman, Esq.
Mudge, Rose, Guthrie, Alexander & Ferdon
180 Maiden Lane
New York, N.Y.  10038

R. CAROLL HUDSON
WILBUR SMITH
Charles R. McElwee, II, Esq.
Squire, Sanders & Dempsey
1800 Huntington Bldg.
Cleveland, OH  44115

GLENN GOLENBERG
GOLENBERG & CO.
Adrienne C. Lalak, Esq.
Kahn, Kleinman, Yanowitz
  & Arnson Co., L.P.A.
2600 The Tower at Erieview
Cleveland, OH  44114

SIDNEY DWORKIN
(NO APP. REC'D)
Thomas Downie, Esq.
Wickens, Herzer & Panza
1144 West Erie Avenue
P.O. Box 840
Lorain, OH  44052

WILLIAM B. EDWARDS
Jeffrey G. Heuer, Esq.
Jaffe, Snider, Raitt & Heuer
Suite 2400, One Woodward Avenue
Detroit, MI  48226

ROBERT P. MEISEL
Daniel A. Pollack, Esq.
Pollack & Kaminsky
61 Broadway
Suite 2500
New York, NY  10006-2704

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _851_ -- _In re Revco/Anac Securities Litigation_

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| ✓ | Salomon Brothers, Inc. | A-1, A-2, A-3 |
| ✓ | Golenberg & Co. | A-1 |
|   | Sidney Dworkin | A-1 |
|   | William B. Edwards | A-1 |
|   | R. Carroll Hudson | A-1 |
| ✓ | Wilbur Smith | A-1 |
| ✓ | Nathaniel de Rothschild | A-1 |
|   | Robert P. Meisel | A-1 |
| ✓ | Glenn Golenberg | A-1 |
|   |  |  |
|   |  |  |